```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                                            :   DOC #:_____
MILTON WILLIAMS, ON BEHALF OF HIMSELF                       :   DATE FILED: 5/21/2021
AND ALL OTHER PERSONS SIMILARLY                             :
SITUATED,                                                   :
                                                            :           21-cv-1143 (LJL)
                        Plaintiffs,                         :
                                                            :              ORDER
        -v-                                                 :
                                                            :
SHERRILL MANUFACTURING, INC.,                               :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The parties may reopen the case, provided the application to restore the action to the Court's calendar is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: May 21, 2021                         _____
       New York, New York                      LEWIS J. LIMAN
                                                         United States District Judge